IDA RINGLING NORTH and JOHN NORTH, as Executors, etc., v. EMILY RINGLING.

IDA RINGLING NORTH and JOHN NORTH, as Executors, etc., v. EMILY RINGLING.

EMILY RINGLING v. IDA RINGLING NORTH and JOHN NORTH, as Executors, etc.

EMILY RINGLING v. IDA RINGLING NORTH and JOHN NORTH, as Executors, etc.

7 So. (2nd) 482                    En Banc
April 3, 1942

Milam, McIlvaine & Milam, Claude Pepper and Fred Kent, for appellant.

J. Tom Watson, Attorney General, Lawrence A. Truett, Assistant Attorney General, George Cooper Gibbs and John L. Graham, for the State.

Henry L. Williford, James E. Kirk, John F. Burket, and Frost & Jacobs (Cincinnati, Ohio) for appellee.

PER CURIAM:

This cause coming on to be heard on petition for rehearing supported by briefs filed by order of this Court February 23, 1942, and the same having been read and considered; It is Ordered, Adjudged and Decreed that our former opinion of August 2, 1940, be and the same is reaffirmed and adhered to.

It is so ordered.

BROWN, C. J., WHITFIELD, CHAPMAN, and THOMAS, JJ., concur.

BUFORD, J., dissents.

ADAMS, J., not participating.